

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 101ST JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 22nd day of March, 2018, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| WOLF CREEK ESTATES HOMEOWNERS' ASSOCIATION, INC., Appellant | On Appeal from the 101st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-15-10675. Opinion delivered by Justice Lang. Justices |
| No. 05-17-00051-CV      V. | Evans and Schenck participating. |
| VALARIE L. JONES, Appellee | |

In accordance with this Court's opinion of this date, the judgment of the trial court is

**REVERSED, RENDERED,** and this cause is **REMANDED** to the trial court for further

proceedings consistent with this opinion.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals

for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.


**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of June, 2018.



LISA MATZ, Clerk